IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RACHEL M. COLOMB, ) | | |
|       Plaintiff, ) | | |
| ) | | |
| vs. ) | No. | 13-217-SCW |
| ) | | |
| JOSHUA M. BEDILION and MILLS ) | | |
| TRANSFER, INC., ) | | |
| ) | | |
|       Defendant(s), ) | | |
| ) | | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant Orders entered by United States Magistrate Judge Stephen C. Williams on April 8, 2014 (Doc. 46), the above-captioned action is **DISMISSED** with prejudice.

**Dated:** April 16, 2014

                                              **Nancy J. Rosenstengel, Clerk of Court**

                                              **By: s//Angela Vehlewald**
                                                             **Deputy Clerk**

**Approved:** s//Stephen C. Williams
            STEPHEN C. WILLIAMS
            UNITED STATES MAGISTRATE JUDGE